IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 7:04-CR-20-HL |
| | : | |
| WILLIAM L. BROXTON | : | |

## ORDER TO SUPPLEMENT APPEAL RECORD

The Court, having read and considered the Government's Motion to Supplement Appeal Record pursuant to Fed. R. App. P. 10(e)(2)(B), hereby GRANTS the motion and ORDERS that the record on Broxton's appeal shall include Items 130 and 133 as they presently appear in the Turner docket and the composite docket for this case number, along with the attached Brenda Lynch transcript and the transcripts pertinent to recorded jailhouse calls, as if the prior motions to supplement the Turner appeal had been made for purposes of Broxton's pending appeal.

SO ORDERED, this 13th day of August, 2007.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE