# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM L. BROXTON, | : |
|     Petitioner, | : |
| | : |
| v. | : |
| | :   Case No.: 7:04-CR-20 (WLS-TQL-2) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
|     Respondent. | : |

## ORDER

    Before the Court is a Motion to Appoint Counsel (Doc. 305), filed and drafted by Attorney Addison Gantt on behalf of Defendant Broxton. No response from the Government has been filed. Therefore, the Government is **ORDERED** to file a response to the instant Motion (Doc. 305), within **twenty-one (21) days** of entry of this Order.

    **SO ORDERED**, this 14th day of August 2024.

                                             **/s/ W. Louis Sands**
                                             **W. LOUIS SANDS, SR. JUDGE**
                                             **UNITED STATES DISTRICT COURT**